Benjamin Coxon

Sonoma County California United States of America

Mailing Address

230 Chris Street Windsor Sonoma County California 95492 United States of America

County State Date of Birth San Francisco County California August 25, 1986

California Driver License Number D4315123

Telephone 1 707 953 8495

Email Address caoutside@gmail.com

Po Se Plaintiff

FILED

AUG 13 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

*JCS*

CV20    5636

United States District Court Northern District of California

| | | |
|---|---|---|
| Benjamin Coxon, | I | |
| Petitioner | I | **COMPLAINT** |
| | I | **200731 0000** |
| vs. | I | |
| | I | Not a Demand for Jury Trial |
| United States District Court, | I | |
| Respondent | I | |

Parties

1   of 23 Pages

1.    Petitioner

Benjamin Coxon

Sonoma County California United States of America

Mailing Address

230 Chris Street Windsor Sonoma County California 95492 United States of America

County State Date of Birth San Francisco County California August 25, 1986

California Driver License Number D4315123

Telephone 1 707 953 8495

Email Address caoutside@gmail.com

2.    Respondent

United States District Court Northern District of California

450 Golden Gate Avenue

San Francisco San Francisco County California 94102 United States of America

Telephone 1 415 522 2000

**Jurisdiction**

My case involves a federal law or right.

2   of 23 Pages

## Venue

Venue is appropriate in this Court because:

a substantial part of the events I am suing about happened in this District,

I am suing the US government, federal agency, or federal official in his or her official

capacity and I live in this district.

## Intradistrict Assignment

This lawsuit arose in San Francisco, Sonoma and Santa Clara Counties.

## Facts

The Petitioner was victim of violations of laws of California and the United States prior to 2004.

The Petitioner was victim of violations of laws of California and the United States during 2004 to 2011.

The Petitioner was victim of violations of laws of California, Arizona, the United States during 2011 to 2020.

While the Petitioner was located in Sonoma County California and other counties in California during 2019 and 2020 The Petitioner was victim of violent violations of laws of California and the United States.

The Petitioner was victim of more violations of laws than those listed above.

While the Petitioner was located in Sonoma County California, other counties in California and other States in the United States during 2011 to 2020 the Petitioner was violently annoyed, harassed, assaulted, battered, threatened and tormented.

The Petitioner suspects that while the Petitioner was located in Sonoma County California, other counties in California and other States in the United States during 2014 to 2020 the Petitioner was violently extorted and human-trafficked.

The Petitioner suspects that during 2011 to 2020 employees and officials of the United States Government California Government, United States Military, United States and California law enforcement were involved in events and acts of annoying harassing assaulting battering, threatening and tormenting the Petitioner.

The Petitioner suspects that during 2011 to 2020 elected government officials of the United States and California were involved in events and acts of annoying, harassing, assaulting, battering, threatening and tormenting the Petitioner.

The Petitioner suspects that during 2011 to 2020 employees and officials of the United States Government California Government, United States Military, United States and California law enforcement were involved in events and acts of extorting and human-trafficking the Petitioner.

The Petitioner suspects that during 2011 to 2020 elected government officials of the United States and California were involved in events and acts of extorting and human-trafficking the Petitioner.

The Petitioner was located in British Colombia Canada during 2013 for less than three hours.

While the Petitioner was located in British Columbia Canada during 2013 for less than three hours the Petitioner might have been annoyed, harassed, assaulted, battered, threatened, tormented, extorted and human trafficked.

During 2020 prior to July 2020 the Petitioner filed and opened a civil case in Superior Court of California Sonoma County.

As of July 19, 2020 there exists a civil case in Superior Court of California Sonoma County Department 16 Honorable Patrick M Broderick presiding having case number SCV-266146, about the Petitioner being victim of violations of laws of California, Arizona, the United States, possibly additional States in the United States, countries foreign to the United States and possibly international laws.

The Petitioner typed this document while located in California during 2020.

The Petitioner has been aware of California Penal Code Sections 115, 118, 118a, 129 and 148.5.

The Petitioner has been aware of United States Code Title Eighteen Sections 241, 242, 286, 287, 1001, 1512, 1518, 1519, 1621, 1623, 1746, 2071, 2075 and 2076.

**Claims**

Claim 1

United States Code Title Eighteen Section 113, Assaults within maritime and territorial jurisdiction

7    of 23 Pages

The name and or names of the person and or people who violated United States Code Title Eighteen Section 113 are not certainly known to the Petitioner.

United States Code Title Eighteen Section 113 describes that whoever is guilty of an assault shall be punished and describes how whoever is guilty of an assault shall be punished.

While the Petitioner was located in Sonoma County California and other counties in California during 2014 to 2020 people who are not certainly known to the Petitioner who violated United States Code Title Eighteen Section 113 violated United States Code Title Eighteen Section 113 by operating some advanced technology to cause the technology to remotely act on the person, thoughts, brain, nerves and body of the Petitioner.

While the Petitioner was located in Sonoma County California and other counties in California during 2014 to 2020 the Petitioner was harmed by people who are not certainly known to the Petitioner who violated United States Code Title Eighteen Section 113 violated United States Code Title Eighteen Section 113 by operating some advanced technology to cause the technology to remotely act on the person, thoughts, brain, nerves and body of the Petitioner as the Petitioner was harmed as the Petitioner was:

physically effected,

physically effected as the Petitioner said "stop" multiple times to people physically effecting the Petitioner,

emotionally harmed,

physically harmed,

8    of 23 Pages

caused to leak fluid from the Petitioner's anus,

caused to want to pick at the inside of nostrils of the Petitioner's nose with the Petitioners

finger and or fingers,

and:

the Petitioner's penis was enlarged,

the Petitioner's nose and or nasal sinuses was physically effected,

wrist joints were loosened and tightened

and more assaults.

Claim 2

United States Code Title Eighteen Section 2261A, Stalking

The name and or names of the person and or people who violated United States Code Title Eighteen Section 113 are not certainly known to the Petitioner.

United States Code Title Eighteen Section 2261A describes that

Whoever-

(1) travels in interstate or foreign commerce or is present

within the special maritime and territorial jurisdiction of the

United States, or enters or leaves Indian country, with the

9    of 23 Pages

intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, and in the course of, or as a result of, such travel or presence engages in conduct that-

(A) places that person in reasonable fear of the death of, or serious bodily injury to-

(i) that person;

(ii) an immediate family member (as defined in section 115) of that person;

(iii) a spouse or intimate partner of that person; or

(iv) the pet, service animal, emotional support animal, or horse of that person; or

(B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) of subparagraph (A); or

(2) with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that-

(A) places that person in reasonable fear of the death of or serious bodily injury to a person, a pet, a service animal, an emotional support animal, or a horse described in clause (i), (ii), (iii), or (iv) of paragraph (1)(A); or

(B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) of paragraph (1)(A),

shall be punished as provided in section 2261(b) of this title.

United States Code Title Eighteen Section 1365 describes that,

the term "serious bodily injury" means bodily injury which involves-

(A) a substantial risk of death;

(B) extreme physical pain;

(C) protracted and obvious disfigurement; or

(D) protracted loss or impairment of the function of a bodily member, organ, or mental faculty; and

(4) the term "bodily injury" means-

(A) a cut, abrasion, bruise, burn, or disfigurement;

(B) physical pain;

(C) illness;

11 of 23 Pages

(D) impairment of the function of a bodily member, organ, or

mental faculty; or

(E) any other injury to the body, no matter how temporary.

While the Petitioner was located in Sonoma County California, other counties in California and States in the United States other than California during 2011 to after 2013 people who are not certainly known to the Petitioner who violated United States Code Title Eighteen Section 2261A violated United States Code Title Eighteen Section 2261A by operating some advanced technology, intending to harass the Petitioner, and in the course and as a result of such engaged in conduct that caused and would be reasonably expected to cause substantial emotional distress to the Petitioner by causing the Petitioner to perceive abnormal auditory perceptions nearly all and or all of the time that the Petitioner was awake from the time the harassment arose during the first half of 2011 to after 2013. The Petitioner does not certainly know if the perpetrators were travelling or where the perpetrators were present.

While the Petitioner was located in Sonoma County California, other counties in California and States in the United States other than California during 2011 to after 2013 the Petitioner was harmed emotionally and mentally by being harassed nearly continuously while awake.

While the Petitioner was located in Sonoma County California, other counties in California and States in the United States other than California during 2011 to after 2013

12 of 23 Pages

the Petitioner was harmed emotionally and mentally by being attacked and harassed nearly continuously while awake.

While the Petitioner was located in Sonoma County California, other counties in California and States in the United States other than California during 2011 to after 2013 the Petitioner was harmed emotionally and mentally by being distressed.

Claim 3

United States Code Title Eighteen Section 2261A, Stalking

The name and or names of the person and or people who violated United States Code Title Eighteen Section 113 are not certainly known to the Petitioner.

United States Code Title Eighteen Section 2261A describes that

Whoever-

(1) travels in interstate or foreign commerce or is present

within the special maritime and territorial jurisdiction of the

United States, or enters or leaves Indian country, with the

intent to kill, injure, harass, intimidate, or place under

surveillance with intent to kill, injure, harass, or intimidate another person, and in the course of, or as a result of, such travel or presence engages in conduct that-

(A) places that person in reasonable fear of the death of, or serious bodily injury to-

(i) that person;

(ii) an immediate family member (as defined in section 115) of that person;

(iii) a spouse or intimate partner of that person; or

(iv) the pet, service animal, emotional support animal, or horse of that person; or

(B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) of subparagraph (A); or

(2) with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that-

(A) places that person in reasonable fear of the death of or serious bodily injury to a person, a pet, a service animal, an

14 of 23 Pages

emotional support animal, or a horse described in clause (i),

(ii), (iii), or (iv) of paragraph (1)(A); or

(B) causes, attempts to cause, or would be reasonably

expected to cause substantial emotional distress to a person

described in clause (i), (ii), or (iii) of paragraph (1)(A),

shall be punished as provided in section 2261(b) of this title.

United States Code Title Eighteen Section 1365 describes that,

the term "serious bodily injury" means bodily injury which

involves-

(A) a substantial risk of death;

(B) extreme physical pain;

(C) protracted and obvious disfigurement; or

(D) protracted loss or impairment of the function of a bodily

member, organ, or mental faculty; and

(4) the term "bodily injury" means-

(A) a cut, abrasion, bruise, burn, or disfigurement;

(B) physical pain;

(C) illness;

(D) impairment of the function of a bodily member, organ, or

mental faculty; or

15 of 23 Pages

(E) any other injury to the body, no matter how temporary.

While the Petitioner was located in Sonoma County California and other counties in California during 2014 to 2020 people who are not certainly known to the Petitioner who violated United States Code Title Eighteen Section 2261A violated United States Code Title Eighteen Section 2261A by operating some advanced technology, intending to harass the Petitioner, and in the course and as a result of such:
engaged in conduct that placed the Petitioner in reasonable fear of serious bodily injury to the Petitioner by placing the Petitioner in reasonable fear of bodily injury which involves multiple protracted losses and impairments of mental faculties.

While the Petitioner was located in Sonoma County California and other counties in California during 2014 to 2020 the Petitioner was harmed emotionally and mentally as people harassed the Petitioner and operated some technology to remotely cause the Petitioner to perceive harassing, strange, unusual thoughts and harassing, strange, unusual and abnormal mental processes.

Claim 4

United States Code Title Eighteen Section 2261A, Stalking

16 of 23 Pages

The name and or names of the person and or people who violated United States Code Title Eighteen Section 113 are not certainly known to the Petitioner.

United States Code Title Eighteen Section 2261A describes that

Whoever-

(1) travels in interstate or foreign commerce or is present within the special maritime and territorial jurisdiction of the United States, or enters or leaves Indian country, with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, and in the course of, or as a result of, such travel or presence engages in conduct that-

(A) places that person in reasonable fear of the death of, or serious bodily injury to-

(i) that person;

(ii) an immediate family member (as defined in section 115) of that person;

(iii) a spouse or intimate partner of that person; or

(iv) the pet, service animal, emotional support animal, or horse of that person; or

(B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) of subparagraph (A); or

(2) with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that-

(A) places that person in reasonable fear of the death of or serious bodily injury to a person, a pet, a service animal, an emotional support animal, or a horse described in clause (i), (ii), (iii), or (iv) of paragraph (1)(A); or

(B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) of paragraph (1)(A),

shall be punished as provided in section 2261(b) of this title.

United States Code Title Eighteen Section 1365 describes that,

18 of 23 Pages

the term "serious bodily injury" means bodily injury which involves-

(A) a substantial risk of death;

(B) extreme physical pain;

(C) protracted and obvious disfigurement; or

(D) protracted loss or impairment of the function of a bodily member, organ, or mental faculty; and

(4) the term "bodily injury" means-

(A) a cut, abrasion, bruise, burn, or disfigurement;

(B) physical pain;

(C) illness;

(D) impairment of the function of a bodily member, organ, or mental faculty; or

(E) any other injury to the body, no matter how temporary.

While the Petitioner was located in Sonoma County California and other counties in California during 2014 to 2020 people who are not certainly known to the Petitioner who violated United States Code Title Eighteen Section 2261A violated United States Code Title Eighteen Section 2261A by operating some advanced technology, intending to harass the Petitioner, and in the course and as a result of such:

engaged in conduct that placed the Petitioner in reasonable fear of serious bodily injury to the Petitioner by placing the Petitioner in reasonable fear of bodily injury which involves protracted loss and impairment of mental faculties and any other injury to the body, no

19 of 23 Pages

matter how temporary by operating some advanced technology to cause the technology to remotely act on the person, thoughts, brain, nerves and body of the Petitioner, multiple times directly effecting the Petitioner's thoughts, perceptions of thoughts, causing the Petitioner to experience physical pain and or directly changing the physical shape, figure and or size of parts of the Petitioner's body.  The Petitioner does not certainly know if the perpetrators were travelling or where the perpetrators were present.

While the Petitioner was located in Sonoma County California and other counties in California during 2014 to 2020 the Petitioner was harmed emotionally, mentally and physically as people harassed the Petitioner and operated some technology to remotely cause the Petitioner to perceive harassing strange unusual thoughts, harassing strange unusual abnormal mental processes, experience physical pain, directly changing the physical shape, figure and or size of parts of the Petitioner's body, causing the Petitioner's anus to leak fluid, enlarging the Petitioner's penis, physically effecting the Petitioner's torso, and loosening and tightening the Petitioner's wrist joints.

Claim 5

United States Code Title Eighteen

20  of 23 Pages

During 2011 to 2020 and more times the Petitioner was victim of multiple violations of multiple laws of the United States Code Title Eighteen additional to those specifically listed in the "Claims" section of this legal document.

Claim 6

California Penal Code

While the Petitioner was located in California during 2011 to 2020 and more times the Petitioner was victim of multiple violations of multiple laws of the California Penal Code.

Claim 7

Arizona Revised Statutes

While the Petitioner was located in Arizona during 2015 the Petitioner was victim of multiple violations of the Arizona Revised Statutes.

Claim 8

Laws of States of the United States other than California and Arizona

During 2011 to 2020 and more times the Petitioner might have been victim of violations of laws of States of the United States other than California and Arizona.

**Demand for Relief**

The Petitioner asks, requests and demands that the Court now cause official investigation and prosecution now of violations of laws of California other States in the United States and the United States perpetrated against the Petitioner during 2010 to 2020 and during all times.

The Petitioner asks, requests and demands that the Court now cause official investigation and prosecution now of violations of laws of California, other States in the

United States and the United States associated to the Petitioner during 2010 to 2020 and during all times.

Benjamin Coxon

Benjamin Coxon

Sonoma County California United States of America

Mailing Address

230 Chris Street Windsor Sonoma County California 95492 United States of America

County State Date of Birth San Francisco County California August 25, 1986

California Driver License Number D4315123

Telephone 1 707 953 8495

Email Address caoutside@gmail.com

23 of 23 Pages

enjamin Coxon
30 Chris Street
Windsor, California 45492
United States of America


1021

United States District C
Northern District of Ca

450 Golden Gate Ave
San Francisco, Californi
United States of Ame

RECEIVED
AUG 10 2020
SUSAN Y SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA


EXPECTED DELIVERY DAY: 08/01/20

USPS TRACKING® NUMBER

9505 5141 4393 0213 4429 55