UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN COXON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DISTRICT COURT,<br><br>    Defendant. | Case No. 20-cv-05636-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 18 |

The Court has reviewed Judge Joseph C. Spero's Report and Recommendation Re: Review Under 28 U.S.C. § 1915, including objections filed by Coxon. The Court adopts the Report in every respect. Accordingly, the case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 11, 2021

_____
VINCE CHHABRIA
United States District Judge